UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAN WESSON .357 MAGNUM, SERIAL NUMBER 94762; AND FIVE ROUND OF AMMUNITION,<br><br>Defendants. | NO: 2:14-CV-0177-TOR<br><br>FINAL ORDER OF FORFEITURE |

Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture In Rem that the Defendant firearm and ammunition (hereafter "Defendant property") is subject to forfeiture to the United States pursuant to 18 U.S.C. § 924. ECF No. 1.

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

///

///

FINAL ORDER OF FORFEITURE ~ 1

The Defendant property being forfeited is described as follows:

-a black Dan Wesson .357 magnum with black rubber grips, Serial # 94762, seized on or about December 23, 2012, from BUD RAY BROWN, by the Spokane Police Department, and adopted by ATF for forfeiture on or about August 7, 2013; and,

-three rounds of Winchester .357 Mag ammunition and two rounds of FC 57 ammunition, seized on or about December 23, 2012, from BUD RAY BROWN, by the Spokane Police Department, and adopted by ATF for forfeiture on or about August 7, 2013.

On October 21, 2014, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) executed the Warrant of Arrest In Rem. The returned warrant was filed with the Court under the above cause number on October 21, 2014. ECF Nos. 6 and 7.

Notice of Civil Forfeiture Action was posted on the official government website beginning October 19, through November 17, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed herein on February 2, 2015. ECF Nos. 8, 8-1 and 8-2. At the latest, the claim period expired on December 18, 2014. To date, no claims have been received or filed pursuant to the internet posting.

ATF did not identify any potential claimants other than Defendant Bud Ray Brown, therefore, the United States did not provide direct notice of this forfeiture action.

On April 17, 2013, Defendant Bud Ray Brown and the United States entered into a plea agreement (ECF No. 27) filed in the related Eastern District of Washington criminal case, *United States v. Bud Ray Brown*, Case Number: 13-CR-00010-LRS.  Bud Ray Brown agreed to the forfeiture of the Defendant property in said plea agreement.

It appearing to the Court that no timely claims have been made to the Defendant property;

ACCORDINGLY, IT IS HEREBY ORDERED that the Defendant property, a black Dan Wesson .357 magnum with black rubber grips, Serial # 94762; and three rounds of Winchester .357 Mag ammunition and two rounds of FC 57 ammunition, is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

IT IS FURTHER ORDERED that the United States shall dispose of the forfeited property in accordance with law.

///

///

///

FINAL ORDER OF FORFEITURE ~ 3

1  The District Court Executive is hereby directed to enter this Order and

2  Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

3  **DATED** February 5, 2015.



THOMAS O. RICE
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

FINAL ORDER OF FORFEITURE ~ 4